# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE M. JENKINS-MILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No.: 1:13-cv-01533-CBA-RER** |
| ) | |
| GC SERVICES, LP, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.


*/s/ Concepcion A. Montoya*                    */s/ Craig Thor Kimmel*
Concepcion A. Montoya, Esquire                 Craig Thor Kimmel, Esquire
Hinshaw & Culbertson, LLP                      Kimmel & Silverman, P.C.
780 Third Avenue                               1001 Avenue of the Americas, 12th Floor
4th Fl New York NY 10017                       New York, NY 10018
Phone: (212) 471-6228                          Phone: (212) 719-7543
Fax: (212) 935-1166                            Fax: (800) 863-1689
Email: cmontoya@hinshawlaw.com                 Email:kimmel@creditlaw.com
Attorney for the Defendant                     Attorney for the Plaintiff

Date: September 26, 2013                       Date: September 26, 2013

BY THE COURT:

_____
                                                                      J.

**CERTIFICATE OF SERVICE**

   I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this 26th day of September, 2013:

Concepcion A. Montoya, Esquire
Hinshaw & Culbertson, LLP
780 Third Avenue
4th Fl New York NY 10017
Email: cmontoya@hinshawlaw.com

       */s/ Craig Thor Kimmel*
       Craig Thor Kimmel, Esquire
       Kimmel & Silverman, P.C.
       1001 Avenue of the Americas, 12th Floor
       New York, NY 10018
       Phone: (212) 719-7543
       Fax: (800) 863-1689
       Email: kimmel@creditlaw.com
       Attorney for the Plaintiff